UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W. CURTIS SHAIN, SCOTT IRWIN,
ROBERT SPILLMAN, CEDRIC MYLES,
and ANTHONY CALABRO, on behalf
of themselves and all others similarly
situated,

        Plaintiffs,

Civil Case No. 16-10367
Honorable Linda V. Parker

v.

ADVANCED TECHNOLOGIES GROUP, LLC
and SANDISK CORPORATION,

        Defendants.
_____/

## JUDGMENT

This is a putative class action lawsuit filed by released Federal Bureau of Prison ("BOP") inmates on behalf of themselves and current and released BOP inmates who purchased MP3 players and music or other audio files during their incarceration. In a twenty-three count complaint, filed February 2, 2016, Plaintiffs assert claims against Defendants under the Sherman Antitrust Act, 15 U.S.C. §§ 1, 2, as well as various common law and state law claims. Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

                                             s/ Linda V. Parker
                                             LINDA V. PARKER
                                             U.S. DISTRICT JUDGE

Dated: February 28, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 28, 2017, by electronic and/or U.S. First Class mail.

                                             s/ Richard Loury
                                             Case Manager