**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 21, 2017

Ms. Sharon Sue Almonrode
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Ms. Jennifer Dowdell Armstrong
McDonald Hopkins
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Mr. Brian Cohen
Cohen Law Group
10 E. 40th Street
46th Floor
New York, NY 10016

Mr. Christopher G. Dean
McDonald Hopkins
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Mr. Dan L. Makee
McDonald Hopkins
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Mr. Richard Louis Merpi II
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Re: Case No. 17-1397, *W. Shain, et al v. Advanced Technologies Group, et al*
Originating Case No. : 4:16-cv-10367

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-1397

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

W. CURTIS SHAIN; SCOTT IRWIN; ROBERT SPILLMAN; CEDRIC MYLES; ANTHONY CALABRO

      Plaintiffs - Appellants

v.

ADVANCED TECHNOLOGIES GROUP, LLC; SANDISK, LLC

      Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                       **ENTERED PURSUANT TO RULE 33,**
                                       **RULES OF THE SIXTH CIRCUIT**
                                       Deborah S. Hunt, Clerk

Issued: June 21, 2017